PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: FRAZIER, Taquan            Cr.: 09-00602-001
                                                           PACTS Number: 42951

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 09/28/2005

Original Offense: Possession of a Firearm During and in Relation to a Drug Trafficking Crime

Original Sentence: 60 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; 2) financial disclosure; 3) no new debt; and 4) DNA collection.

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/22/2009

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITH weekend privileges)

You shall reside for a period of three (3) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges without any home confinement requirement. You shall be excused from any subsistence obligation.

## CAUSE

On March 3, 2011, Frazier was arrested by New Jersey State Police and charged with multiple weapon and drug-related offenses. According to investigative reports, Troopers converged on a residence known to be a drug distribution location and observed Frazier throw a handgun and narcotics from a second floor window. A handgun, crack-cocaine, heroin, and drug-packaging materials were recovered. He was released on bail and the case is pending disposition within New Jersey Superior Court, Essex County.

Respectfully submitted,

Carolee Ann Azzarello
2011.12.22 11:17:46
-05'00'
By: Joseph Empirio, U.S.P.O.
Date: 12/20/2011

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/27/11
Date

Dennis M. Cavanaugh
U.S. District Judge