PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** FRAZIER, Taquan             **Docket Number:** 09-00602-001
                                                                                                        **PACTS Number:** 42951

**Name of Assigned Judicial Officer:** Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 09/28/2005

**Original Offense:** Possession of a Firearm During and in Relation to a Drug Trafficking Crime

**Original Sentence:** 60 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; 2) financial disclosure; 3) no new debt; and 4) DNA collection.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 05/22/2009

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 3, 2011, Frazier was arrested by New Jersey State Police and charged with multiple weapon and drug-related offenses. According to investigative reports, troopers converged on a Newark residence known to be a drug distribution location and observed Frazier throw a handgun and narcotics from a second floor window. He was arrested and found to be in possession of $253. A loaded .380 semi-automatic handgun, 119 vials of crack-cocaine, 14 wax fold envelopes of heroin, and drug-packaging materials were recovered. He was released on bail and the case is pending disposition within New Jersey Superior Court, Essex County. |

Indictment # 11-08-1556-I consists of the following: count one, possession of a controlled dangerous substance; count two, manufacture/distribute/dispense a controlled dangerous substance; count three, possession with intent to distribute a controlled dangerous substance in a school zone; count four, unlawful possession of a weapon; count five, committing a drug offense while possessing a firearm; count six, possession of drug paraphernalia; and count seven, tampering with evidence. Under Indictment # 11-08-1557-I, the following charge is pending: possession of a firearm by a convicted felon.

The lead investigator for this arresting agency is willing to testify regarding the criminal conduct at a violation hearing.

2     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

January 24, 2012, the offender was arrested in Allentown, Pennsylvania by members of The Violent Gang Task Force comprised of Allentown Police and federal agents. He was charged with numerous drug distribution offenses relating to his possession of crack cocaine and marijuana. In addition, he possessed more than $500.

The disposition for this matter remains pending.

The lead investigator for this arresting agency is willing to testify regarding the criminal conduct at a violation hearing.

3     The offender has violated the mandatory supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

As detailed in Violation #1, Frazier, a convicted felon, unlawfully possessed a firearm.

4     The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

On January 24, 2012, the offender was in Allentown, Pennsylvania without being granted permission by the Probation Office.

5     The offender has violated the standard supervision condition which states '**You shall notify the Probation Officer within 72 hours of any change of residence or employment.**'

On January 12, 2012, the undersigned conducted a routine employment verification visit and was notified by the company's owner that Frazier last worked on December 5, 2011. He never reported this change to Probation.

| | |
|---|---|
| 6 | The offender has violated the supervision condition which states 'You shall report to the Probation Officer as directed by the Court or Probation Officer, and shall submit a truthful and complete written report within the first five days of each month.' |

Frazier failed to report as directed to the Probation Office on January 25, 2011 and March 1, 2011. He failed to submit a monthly written report within the allotted time period for the following months: June 2011 - September 2011 and December 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, USPO

Date: 01/24/2012

## THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer within Lehigh County Prison in Allentown, PA and Bail Revoked.
[ ] The Issuance of a Summons.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-26-12
Date

Dennis M. Cavanaugh
U.S. District Judge